# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY BOARD OF ARLINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> TRANSPORTATION; RAYMOND H. ) <br> LAHOOD, in his official capacity and ) <br> individual capacity, Secretary of the U.S. ) <br> Department of Transportation; FEDERAL ) <br> HIGHWAY ADMINISTRATION; ) <br> VICTOR MENDEZ, in his official and ) <br> individual capacity, Federal Highway ) <br> Administrator; VIRGINIA DEPARTMENT ) <br> OF TRANSPORTATION; PIERCE R. ) <br> HOMER, in his official and individual ) <br> capacity, Secretary of the Virginia ) <br> Department of Transportation, ) <br> ) <br> Defendants, ) <br> ) | Case No. 1:09-cv-01570-RMC <br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEARANCE** |

    Please enter the appearance of Julie S. Thrower as counsel of record on behalf of Federal Defendants, United States Department of Transportation; Raymond H. LaHood, in his official and individual capacity as Secretary of the United States Department of Transportation; Federal Highway Administration; and Victor Mendez, in his official and individual capacity as Federal Highway Administrator.  Service of all papers by U.S. mail to Ms. Thrower should be addressed as follows:

        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663

1

Express and hand deliveries to Ms. Thrower should be addressed as follows:

>United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Washington, D.C.  20004

Ms. Thrower's email, telephone and facsimile are as follows:

>Email:  julie.thrower@usdoj.gov
Telephone:  (202) 305-0247
Facsimile:  (202) 305-0506

Respectfully submitted this 27th day of October 2009.

>JOHN C. CRUDEN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
>
>  /s/  *Julia Thrower*
JULIE S. THROWER
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone:  (202) 305-0247
Facsimile:  (202) 305-0506
Email:  julie.thrower@usdoj.gov
>
>Attorney for Federal Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2009, a copy of the foregoing FEDERAL DEFENDANTS' NOTICE OF APPEARANCE was served by CM/ECF electronic filing on the following:

>John B. Britton
>jbritton@schnader.com
>
>Neil T. Proto
>nproto@schnader.com
>
>Suzanne T. Ellison
>sellison@oag.state.va.us
>
>Stephen A. MacIsaac
>smacisaac@arlingtonva.us

The following were served by U.S. Mail:

>none

/s/ *Julia Thrower*
Attorney for Federal Defendants