UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY BOARD OF ARLINGTON, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:09-cv-01570-RMC |
| v. | ) ) **FEDERAL DEFENDANTS' NOTICE** ) **OF RELATED CASES** |
| UNITED STATES DEPARTMENT OF TRANSPORTATION; RAYMOND H. LAHOOD, in his official and individual capacity, Secretary of the U.S. Department of Transportation; FEDERAL HIGHWAY ADMINISTRATION; VICTOR MENDEZ, in his official and individual capacity, Federal Highway Administrator; VIRGINIA DEPARTMENT OF TRANSPORTATION; PIERCE R. HOMER, in his official and individual capacity, Secretary of the Virginia Department of Transportation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Pursuant to Local Civil Rule 40.5, Federal Defendants hereby notify the Court of related cases West v. Homer, et al., Civ. No. 09-2224-RMU (file opened in D.D.C. on Nov. 25, 2009), which was transferred from the U.S. District Court for the Eastern District of Virginia, and County Board of Arlington v. U.S. Department of Transportation, et al. , Civ. No. 09-01570-RMC (filed Aug. 19, 2009). Both cases challenge the decision by the U.S. Department of Transportation, Federal Highway Administration ("FHWA") to approve the use of a categorical exclusion regarding the I-93/I-395 High Occupancy Vehicle ("HOV")/High Occupancy Toll ("HOT") Lanes Project ("Project"). The West case is brought by a *pro se* plaintiff. The Project proposes to re-stripe

existing two-lane HOV lanes from Eads Street to 0.6 miles south of the Route 234 interchange to three HOV/HOT lanes; construction of two new HOV/HOT lanes in the median from the terminus south of Route 234 to just south of Joplin Road; extension of a single HOV/HOT lane to just north of Route 610; addition of new entry and exit points and modification of existing points between the general purpose and HOV/HOT lanes; upgrade of an existing ramp to a direct flyover ramp; and construction of new structures that will provide access between the new HOV/HOT lanes and existing general purpose lanes.

A comparison of the claims in the complaints in both cases shows that the cases involve the same common questions of law and fact.  Both cases involve alleged NEPA violations by Federal Defendants in approving the use of a categorical exclusion for the Project, rather than preparing an Environmental Impact Statement ("EIS") or Environmental Assessment ("EA").  Compare Compl., No. 09-2224-RMU at ¶¶ 5.1, 6.1, with Compl., No. 09-01570-RMC at ¶¶ 115-135.[1]

The status of the two cases is as follows: The West case was filed on August 18, 2009 in the U.S. District Court for the Eastern District of Virginia, Case No. 1:09cv923 (AJT/TCB).   On October 27, 2009, Federal and  State Defendants filed separate motions to dismiss for lack of standing, or in the alternative, to transfer venue to the U.S. District Court for the District of Columbia. On November 16, 2009, Plaintiff filed a response to the motions to dismiss and a motion to amend his complaint.  On November 19, 2009, the Parties filed an agreed order under which the motion to transfer would be granted, Federal and State Defendants would withdraw their motions to dismiss while reserving the right to renew such motions at a later date, Plaintiff would withdraw

---

[1]The Third, Fourth, Fifth, and Seventh Claims in 09-01570-RMC are challenges that are not included in 09-2224-RMU.  See Compl., No. 09-01570-RMC at ¶¶ 136-42 (Clean Air Act), ¶¶ 143-52 (Title VI of the Civil Rights Act), ¶¶ 153-62 (Due Process and Equal Protection Clauses of the U.S. Constitution), ¶¶ 163-70 (Due Process Clause of the Virginia Constitution), ¶¶ 171-83 (Federal-Aid Highways Act).

his motion to amend while reserving the right to renew such a motion at a later date, and the court would vacate all existing deadlines and hearing dates.  On November 23, 2009, the court signed the Parties' agreed order.  On November 25, 2009, the <u>West</u> case was opened in the U.S. District Court for the District of Columbia and assigned to Judge Urbina as Case No. 09-2224-RMU.  Federal and State Defendants' Answers to the Complaint in the <u>West</u> case are due on December 7, 2009.

The <u>Arlington</u> case, No. 09-01570-RMC , was filed in the U.S. District Court for the District of Columbia on August 19, 2009, and assigned to Judge Collyer.  The parties agreed to, and the court approved, a stipulation to extend the filing dates of Federal and State Defendants' Answers to the Complaint in the <u>Arlington</u> case until December 28, 2009, in order to facilitate settlement discussions.

In light of the above-mentioned overlap of issues and claims, Federal Defendants thought it appropriate to notify the Court of these two cases.

Dated: December 4, 2009                    Respectfully submitted,

                                           IGNACIA S. MORENO
                                           Assistant Attorney General
                                           Environment and Natural Resources Division

                                           /s/          *Julia Thrower*
                                           JULIE S. THROWER
                                           BEVERLY F. LI
                                           Trial Attorneys, Natural Resources Section
                                           Environment & Natural Resources Division
                                           U.S. Department of Justice
                                           P.O. Box 663
                                           Washington, D.C. 20044-0663
                                           Tel: (202) 305-0247 (Thrower)/(202) 353-9213 (Li)
                                           Facsimile: (202) 305-0506
                                           Email: julie.thrower@usdoj.gov,
                                                  beverly.li@usdoj.gov

                                           Attorneys for Federal Defendants

-3-

Of Counsel:

Sharon Vaughn-Fair
Vanessa Powell
Office of Chief Counsel
Federal Highway Administration
Baltimore, MD

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, a copy of the foregoing Federal Defendants'

Notice of Related Cases was served by electronic means on the following:

Suzanne Ellison
sellison@oag.state.va.us

John B. Britton, Jr.
jbritton@schnader.com

Stephen A. MacIsaac
smacisaac@arlingtonva.us

Neil T. Proto
nproto@schnader.com

Service was completed by manual means on the following:

/s/         *Julia Thrower*
Counsel for Defendants