UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY BOARD OF ARLINGTON, VIRGINIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 09-1570 (RMC) |

ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby **ORDERED** that the motion to dismiss filed by the Virginia Department of Transportation and the former Secretary of Transportation of the Commonwealth of Virginia, Pierce Homer, [Dkt. # 18] is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that Counts I, II, III, and VII as asserted against Pierce Homer, Raymond LaHood, and Victor Mendez in their personal capacities are **DISMISSED**;[1] and it is

**FURTHER ORDERED** that the current Virginia Secretary of Transportation, Sean T. Connaughton, is substituted for Pierce Homer, in his official capacity.

**SO ORDERED**.

Date:  April 15, 2010

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　United States District Judge

---

[1] Counts I, II, III, and VII otherwise remain.